IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DUANE ALLEN SIMPERS,

      Appellant,

                         Case No. 5D22-1063
 v.                       LT Case No. 2019-CF-00358

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed December 13, 2022

Appeal from the Circuit Court
for Putnam County,
James R. Clayton, Judge.

Matthew J. Metz, Public Defender, and Edward
J. Weiss, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Daniel P. Caldwell, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EVANDER and EISNAUGLE, JJ., concur.